IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LISA J. FILLER, and SIMILARLY
SITUATED INDIVIDUALS,

        Plaintiff,

vs.                                              CASE NO.: 1:08cv18-SPM/AK

HAYMAT, INC.,

        Defendant.
_____/

## ORDER ACCEPTING AMENDED CASE MANAGEMENT REPORT

This cause comes before the Court on Plaintiff's Motion to Accept Parties' Amended Case Management Report (doc. 27), which Defendant does not oppose. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 27) is granted.

2.    An amended scheduling order will be issued based on the amended case management report (doc. 17).

DONE AND ORDERED this 3rd day of June, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge